## STEPHENS, BARONI, REILLY & LEWIS, LLP
ATTORNEYS AND COUNSELORS AT LAW
NORTHCOURT BUILDING
175 MAIN STREET, SUITE 800
WHITE PLAINS, NY 10601
(914) 761-0300
(914) 683-5185

FAX (914) 761-0995
www.sbrllaw.com

ROLAND A. BARONI, JR. rbaroni@sbrllaw.com
STEPHEN R. LEWIS slewis@sbrllaw.com

COUNSEL
GERALD D. REILLY greilly@sbrllaw.com
JOSEPH P. ERIOLE

NORTHERN WESTCHESTER OFFICE
OLD POST ROAD PROFESSIONAL BUILDING
CROSS RIVER, NEW YORK 10518

SERVICE NOT ACCEPTED
BY FAX OR EMAIL

**MEMO ENDORSED**

Application granted/~~denied~~
SO ORDERED

HON. KENNETH M. KARAS, U.S.D.J.
3/18/22

March 18, 2022

*Via ECF*
Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
Southern District of New York
300 Quarropas Street, Room 630
White Plains, New York 10601

  Re: *USA v. Kimberly Spina*
    Indictment No: S2 18-Cr-625-004 (KMK)

Dear Judge Karas:

  On March 16, 2022 you sentenced Ms. Spina to time served. As part of her pretrial release conditions, she was required to surrender her passport to pretrial services. She has been informed by pretrial services (Andrew Abbot) that before they can release her passport the Court must approve the release. Please accept this as our application to the Court in that regard. Thank you for your consideration.

Very truly yours,

Stephen R. Lewis

SRL:dc